## THE OREGON.

## THE FRANK COE.

(Circuit Court of Appeals, Second Circuit. January 26, 1922.)

Nos. 160, 161.

Appeals from the District Court of the United States for the Southern District of New York.

Libels by the International Nickle Company against the ferryboat Oregon, the Brooklyn & Manhattan, Ferry Company, claimant, and by the Brooklyn & Manhattan Ferry Company against the steam lighter Frank Coe, the International Nickle Company, claimant. From a decree (280 Fed. 235) the last-named claimant appeals. Affirmed.

Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for appellant.

Harrington, Bigham & Englar, of New York City (Vine H. Smith, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs.